# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HAROLD HOLDS, III,<br><br>Defendant. | Case No. CR 13-108-BLG-SPW<br><br>ORDER |

Upon the Defendant John Harold Holds, III's, unopposed Motion to Withdraw his Request for Filing an Amended Motion under 18 U.S.C. §3582(c)(1)(A) and Dismiss (Doc. 99) the pending Motion (Doc. 90), as evidenced by his written consent, and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion (Doc. 99) is **GRANTED.** Defendant, John Harold Holds, III's Motion for Sentence Reduction (Doc. 90) is **WITHDRAWN.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of August, 2025.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE